IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CARL STANLEY TURNER
ADC # 81306                                                                                           PLAINTIFF

v.                                          No. 2:12-cv-136-DPM-JTK

RAY HOBBS; BURL; TODD BALL;
VERIE WESTBROOK; MOSES JACKSON; and
PAULETTE GREEN                                                                                    DEFENDANTS

ORDER

Turner has objected to Magistrate Judge Jerome T. Kearney's recommendation, *Document No. 3*, that the Court deny Turner's motion to proceed *in forma pauperis* and dismiss Turner's complaint. On *de novo* review, the Court adopts Judge Kearney's proposed order as its own with one correction of a typographical error: one of Turner's three strikes was in case no. 4:99-cv-392-GH, not case no. 4:99-cv-393-GH. *Compare Document No. 3, at 3 n.1*. Turner's objection does not change the analysis. *Document No. 4*. It restates his allegations but does not suggest imminent danger of serious physical harm. 28 U.S.C. § 1915(g).

Motion to proceed *in forma pauperis*, *Document No. 1*, denied. Turner's complaint is dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

  8 August 2012