IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CARL STANLEY TURNER
ADC # 81306                                                                                    PLAINTIFF

v.                          No. 2:12-cv-136-DPM

RAY HOBBS; BURL; TODD BALL;
VERIE WESTBROOK; MOSES JACKSON; and
PAULETTE GREEN                                                                             DEFENDANTS

## JUDGMENT

Turner's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

  8 August 2012